UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GERARDO FLORES, et al.,

                              **Plaintiffs,**                      13-CV-08592 (SN)

               -against-                                    **ORDER**

EASTERN FARMS, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 16, 2015, the parties appeared before me to put the settlement agreement on the record and to seek my approval that the settlement was fair and reasonable. For the reasons stated on the record at the conference, I find that the parties have negotiated a fair and reasonable settlement agreement. Accordingly, the Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

                                                          _____
                                                           SARAH NETBURN
                                                          United States Magistrate Judge

DATED:    New York, New York
                June 16, 2015

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2015